THEODORE A. JENNEJOHN et al., Appellants, v. CITY OF ROCHESTER, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Vaughan, Kimball, Piper and Wheeler, JJ. [See *ante*, p. 847.]

IVAN H. TOWNE, as Administrator of the Estate of KENNETH L. TOWNE, Deceased, Appellant, v. ALTON R. BUNCE, as Administrator of the Estate of GEORGE E. CONE, Deceased, Respondent.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals granted. Present — Vaughan, Kimball, Piper and Wheeler, JJ. [See *ante*, p. 847.]

ELLIOTT R. PATTERSON, Respondent, v. LOCAV, INC., et al., Appellants.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ. [See *ante*, p. 854.]

HARRIET K. PATTERSON, Respondent-Appellant, v. LOCAV, INC., et al., Appellants-Respondents.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ. [See *ante*, p. 854.]

JOSEPH SAVAREE et al., Appellants, v. ZORA SIGL et al., Respondents.— Appeal dismissed for failure to comply with previous order.

In the Matter of the Estate of HARVEY B. GRAVES, Deceased.— Appeals dismissed, without costs upon stipulation.

EUGENE F. LESTER, as Executor of LUIGI DI LAURA, Deceased, et al., Appellants and ARTHUR NENNI, Respondent, v. STATE OF NEW YORK.— Motion to dismiss appeal granted and appeal dismissed, without costs; motion denied in other respects.

## (May 12, 1954.)

In the Matter of ANGELA M. FAZZOLARI, an Infant, by CARMEN FAZZOLARI, Her Guardian ad Litem, Appellant, against BOARD OF EDUCATION OF THE CITY OF SYRACUSE, Respondent.— Order reversed, with $10 costs and disbursements, and motion granted, with $10 costs. Memorandum: Upon the facts shown by the record before us it appears that failure to serve the notice required by section 50-e of the General Municipal Law was by reason of infancy. (See *Matter of Aufiero* v. *Town of Eastchester*, 282 App. Div. 1048; *Natoli* v. *Board of Educ. of City of Norwich*, 277 App. Div. 915, affd. 303 N. Y. 646; *Matter of Hogan* v. *City of Cohoes*, 279 App. Div. 282, and *Matter of Every* v. *County of Ulster*, 280 App. Div. 155.) All concur. (Appeal from an order denying claimant's motion for permission to file a notice of claim after expiration of ninety days from time when claim arose.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.